NAME: MELECIO M. CARDONA
PRISON NUMBER: C-49666
CURRENT ADDRESS OR PLACE OF CONFINEMENT: P.O. BOX 290066
CITY, STATE, ZIP CODE: REPRESA, CALIF 95671

FILED
2008 MAR -7 PM 4:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

2254 ✓   1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓  ProSe ___

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

M. CARDONA,
(FULL NAME OF PETITIONER)
                    PETITIONER

v.

WALKER J.,
(NAME OF WARDEN, Superintendent, Jailor, or authorized person having custody of petitioner [e.g., Director of the California Department of Corrections])
                    RESPONDENT
and
_____,
The Attorney General of the State of California, Additional Respondent.

Civil No. '08 CV 0437 LAB WMc
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: 1982 VENTURA COUNTY
2. Date of judgment of conviction: 1982
3. Trial court case number of the judgment of conviction being challenged: ___
4. Length of sentence: 17 YRS TO LIFE

5. Sentence start date and projected release date: _____
   _____

6. Offense(s) for which you were convicted or pleaded guilty (all counts): _SECOND_
   _____ _DEGREE MURDER_ _____

7. What was your plea? (CHECK ONE)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury  ☐
   (b) Judge only  ☐

9. Did you testify at the trial?
   ☐ Yes  ☒ No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: __REVERSED_____
    (b) Date of result, case number and citation, if known: _____
    _____
    (c) Grounds raised on direct appeal: _____
    _____
    _____

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
    _____
    (c) Grounds raised: _____
    _____
    _____

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result, case number and citation, if known: _____

    (c) Grounds raised: _____
    _____
    _____
    _____
    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☐ Yes  ☐ No

15. If your answer to #15 was "Yes," give the following information:

    (a) **California Superior Court** Case Number: _____

    (b) Nature of proceeding: _____
    _____

    (c) Grounds raised: _____
    _____
    _____
    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes  ☐ No

17. If your answer to #17 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number: _____

    (b) Nature of proceeding: _____
    _____

    (c) Grounds raised: _____

_____
_____
_____

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☒ No

(e) Result: _____

(f) Date of result: _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes  ☐ No

19. If your answer to #19 was "Yes," give the following information:

(a) **California Supreme Court** Case Number: _____

(b) Nature of proceeding: _____

(c) Grounds raised: _____
_____
_____
_____
_____

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes  ☐ No

(e) Result: _____

(f) Date of result: _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____
_____
_____
_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No    (IF "YES" SKIP TO #11)

    (a) If no, in what federal court was the prior action filed? _____

    (i) What was the prior case number? _____

    (ii) Was the prior action (CHECK ONE):
        ☐ Denied on the merits?
        ☐ Dismissed for procedural reasons?

    (iii) Date of decision: _____

    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No

    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **Ground One**: ON 1981 1982 1984.

Supporting FACTS (state *briefly* without citing cases or law)

I WAS ON PSYCHO-TROPIC MEDICATION A VIOLATION OF MY CONSTITUTIONAL RIGHTS. UP TO THIS DATE I'M ON FORCE MEDICATION.

Did you raise **Ground One** in the California Supreme Court?
☐ Yes ☒ No.

(b) **GROUND TWO:** 2770 – 2780 – 1974.

Supporting **FACTS** (state *briefly* without citing cases or law):

I BEING ON MEDICATION 26 YRS. A VIOLATION OF MY CONSTITUTIONAL RIGHTS.

Did you raise GROUND TWO in the California Supreme Court?
☐ Yes ☒ No.

(c) **GROUND THREE:** _____

**Supporting FACTS** (state *briefly* without citing cases or law):

[scribbled out text]

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.

(d) **G**ROUND **F**OUR: _____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise G**ROUND **F**OUR **in the California Supreme Court?**

☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☒ Yes   ☐ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: _VENTURA COUNTY_
    (b) Case Number: _CR16929_
    (c) Date action filed: _FEB 14, 2008_
    (d) Nature of proceeding: _____
    (e) Grounds raised: _DISTRUCTION OF 32 PIECES OF EVIDENCE ON 1979._
    (f) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes   ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: _BILL WILLIARD_
    (b) At arraignment and plea: _WIKSELL_
    (c) At trial: _____
    (d) At sentencing: _____
    (e) On appeal: _____
    (f) In any post-conviction proceeding: _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    ☒ Yes   ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    ☒ Yes ☐ No

    (a) If so, give name and location of court that imposed sentence to be served in the future: _____ LIFE _____

    (b) Give date and length of the future sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        ☐ Yes ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3-1-2008                      /s/ _____
(DATE)                        SIGNATURE OF PETITIONER

# FORM A

## MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

| NAME: | | | BOOKING NO. | DOB: |
|---|---|---|---|---|
| (Last) | (First) | (M.I.) | | |

| Problem(s) Treated | Date | Progress Notes |
|---|---|---|
| | 11/13/81 | [illegible] error ⊘ <br> major depression <br> c̄ melancholia + psychotic <br> features <br><br> Sinequan 75 mg BID <br> re-eval 1 wk |
| | 11/20/81 | Sleeping better <br> [illegible] same <br> re-eval 1 wk |
| | 11/27/81 | feels better <br> cont meds <br> re-eval 1 mo |
| | 3-10-82 | S - Wanting to see Dr. Blanchette re Rx <br> and is unable to sleep. <br> P - Refer to Dr. Blanchette   M. Redmond |
| | 3/11/82 | c/o insomnia [illegible] <br> no suicidal ideas [illegible] <br> Sinequan 50 mg AM <br> 175 mg PM <br> re-eval 1 week |
| | 3/17/82 | improved <br> cont meds <br> re-eval 1 mo |

S - Subjective
O - Objective
A - Assessment
P - Plan

VENTURA COUNTY HEALTH CARE AGENCY JAIL MEDICAL SERVICES

NAME: CARDONA          Melecio           BOOKING NO. 294-791    DOB: 5-30-_
      (Last)            (First)  (M.I.)

| Problem(s) Treated | Date | Progress Notes |
|---|---|---|
| | 3-18-82 | S - Chewing problems c̄ broken denture<br>O - pt. has upper flipper which has been worn. Pt. was advised of limited dental serv.<br>A - Denture flipper in need of repair<br>P - Advised pt. re: limited dental services<br>                                              M. Redmond |
| | 4/15/82 | in hole for 20 days<br>now in 5 days<br>re-eval. 1 week<br>refer to Marla Rainford, M.S.W.<br>to see Monday 4/19 |
| | 4/16/82 | in court - will see today PSW |
| | 4/20/82 | Re-refer for Thurs 4/22<br>in court |
| | 4/22/82 | Stated depression worse<br>in hole<br>Sinequan conc. 50mg AM<br>                                        150 mg PM<br>adm. to infirmary level II |
| | 4/29/82 | I/m seen appears less depressed<br>Continue to do isolation time but will do this in Special housing rather than isolation area.<br>Seems to be more accepting of this mood state.<br>                            Marla L Rainford PSW |

120°        PROGRESS NOTES

S-Subjective
O-Objective
A-Assessment
P-Plan

VENTURA COUNTY HEALTH CARE AGENCY JAIL MEDICAL SERVICES

NAME: CARDONA    Melecio    BOOKING NO. 294 791    DOB: 5-30-

| Problem(s) Treated | Date | Progress Notes |
|---|---|---|
| | 3-18-82 | S - Having problems c̄ broken denture<br>O - Pt. has upper flipper which has broken wire. Pt. was advised of limited dental svc.<br>A - Denture flipper in need of repair<br>P - Advised pt. re: limited dental services<br>M. Redmond |
| | 4/15/82 | In hole for 20 days now in 15 days re-eval 1 week refer to Marla Beinfield M.S.W. to begin Monday 4/19 |
| | 4/16/82 | In court - ill due to cold PSW |
| | 4/20/82 | Re-refer for Tues 4/22 in court |
| | 4/22/82 | Admitted depression worse in hole. Sinequan conc. 50mg AM 150mg PM. adm. to infirmary Level II |
| | 4/29/82 | I/m does appear less depressed. Continue to do isolation time but will do this in special housing rather than isolation area. Seems to be more accepting of this mood state.<br>Marla L Beinfield PSW |

S-Subjective
O-Objective
A-Assessment
P-Plan

## VENTURA COUNTY HEALTH CARE AGENCY JAIL MEDICAL SERVICES

NAME: Cardona, Melicio (Najera)  (Last) (First) (M.I.)   BOOKING NO. 366790   DOB: 5-20

| Problem(s) Treated | Date | Progress Notes |
|---|---|---|
| | 5-1-84 | In cust. [illegible] |
| M. Ill. | 5/2/84 | S — I have [illegible] problem & was taking medication. I was taking Mellaril & Sinequan at Folsom. I've been [illegible] a week's medication. |
| | | O — Pt states that voices of people that are dead are going [illegible] [illegible] but he does not want to discuss what they are telling him to do. |
| | | A — Mental Problems. |
| | | P — To see MD will [illegible] & [illegible]  M Beesley LVN |
| | [illegible] | States she has been on Mellaril and Sinequan while in State Prison. Experiencing auditory hallucinations. Refer to Dr. Blanchette — [illegible] |
| 5/8/84 | 5/8/84 | Depression w/ psychotic features Mellaril & Sinequan  Sinequan (X?)mg PO BID  RTC 2 weeks  [signature] MD |

DEPARTMENT OF CORRECTIONS                                            STATE OF CALIFORNIA

| DATE | |
|---|---|
| 2-3-84 | Refused psych med [illegible] |
| 2-8-84 | Had contact today - [illegible] hear/feel other people who he knew. Previous opinion - [illegible] and that he took it [illegible] |
| 19-84 | Renew Mellaril 50-100 [illegible] Sinequan 50 [illegible] to see me [signature] |
| 12-84 | In clinic - [illegible] refused [illegible] meds. State Stelazine drug [illegible]. Complete [illegible] voices [illegible] - [illegible] his [illegible] about dead people - [illegible] [illegible] meds [illegible] no plan - [illegible] [illegible] went to [illegible] or [illegible] - [illegible] later [illegible] - will return [illegible] but [illegible] to [signature] |

| Problem(s) Treated | Date | Progress Notes |
|---|---|---|
| | 5/23 | Hearing mo's voice in head since she died. incr. conc. Sinequan to 100 mg AM / 200 mg PM. add: conc. Haldol 1 mg BID. re-eval. 1 week |
| | 5/31 | stable / improved / re-eval. 1 mo. |
| | 7/11/84 | stable / improved / re-eval. 1 mo. |
| | 9/8/84 | stable / re-eval 1 mo. Released 8/30/84 |

Executed cop killer buried in Mexico

PIEDRAS NEGRAS, Mexico — Amid mariachi music and hundreds of mourners, family members buried Javier Suarez Medina Saturday, three days after the 33-year-old confessed cop killer was executed in Texas.

Suarez Medina's parents said they were grateful for President Vicente Fox's energetic appeals for clemency in the case, based on Mexico's argument that Suarez Medina was denied his right to assistance from the Mexican Consulate. After the execution, Fox canceled a trip to Texas planned for later this month.

JMS:9/80-5M-W (HD-5835)    116.

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745

I, MM. CARDONA, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

C-49666
P.O. BOX 290066
REPRESA, CA
95671

On, 3-3, 2008, I served the following documents: PETITION WRIT OF HABEAS CORPUS on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. CLERK OF U.S.
DISTRICT COURT
ROOM 4290
880 FRONT STREET
SAN DIEGO CA-92101-8900.

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 3 day of 3, 2008, at California State Prison at Sacramento, Represa, California.

(Signature) _____
Declarant

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Melecio M. Cardona

**DEFENDANTS**

J. Walker

2254 / 1983
FILING FEE PAID Yes___ No ✓
IFP MOTION FILED Yes___ No___
COPIES SENT TO Court___ ProSe___

FILED
2008 MAR -7 PM 4:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Melecio M. Cardona
PO Box 290066
Represa, CA 95671
C-49665

**ATTORNEYS (IF KNOWN)**

'08 CV 0437 LAB WMc

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE   March 7, 2008

SIGNATURE OF ATTORNEY OF RECORD
[signature]

cr