UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES



FILED

2008 MAY 13 AM 9:17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE
FROM: R. Mullin,         Deputy Clerk      RECEIVED DATE: 5/6/2008
CASE NO.: 08cv0437 LAB (WMc)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Cardona v. Walker
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 83.9 | **OTHER: Ex parte communication is prohibited.** + Closed case. Case is dismissed. Petitioner must proceed as directed in Docket No. 2 and in the Central or Eastern District of California. |

Date forwarded: 5/7/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: LARRY ALAN BURNS
Dated: 5-7-08    By: /s/ Perry  U.S. DISTRICT JUDGE
cc: All Parties

MELECCO MAGANA CARDONA

V.

WALKER J.

REJECTED

APRIL 28, 2008

WARDEN OF NEW FOLSOM PRISON.

I WAS ARRESTED FOR MURDER 1979 & 1981 TWICE.